# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144979(41)


PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DEVON DECARLOS GLENN, JR.,
      Defendant-Appellee.
_____

SC: 144979
COA: 302293
Jackson CC: 09-005862-FC


      On order of the Chief Justice, the motion by defendant-appellee for extension to September 24, 2012 of the time for filing his brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2012

_____
Clerk